**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA BROWN, | NO. ED CV 15-294-CJC(E) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS, |
| COUNTY OF SAN BERNARDINO, et al., | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Third Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered in favor of Defendants.

///

1    IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment of this date on Plaintiff and counsel for Defendants.

DATED: April 17, 2017.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE