JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA BROWN, | NO. ED CV 15-294-CJC(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| COUNTY OF SAN BERNARDINO, et al., | |
| Defendants. | |

　　IT IS ADJUDGED that summary judgment in favor of Defendants is granted.

　　DATED: April 17, 2017.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE